UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE IRON WORKERS
LOCAL NO. 25 PENSION FUND, et al.,

       Plaintiffs,                         Case No. 14-cv-14896
                                               Hon. Matthew F. Leitman

v.

MEAN ERECTORS, INC., et al.,

       Defendants.
_____/

## DEFAULT JUDGMENT AGAINST DEFENDANTS

This matter having come before the Court upon Plaintiffs' Motion for Entry of Default Judgment against MEAN ERECTORS, INC. and TODD D. CULVER, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that Default Judgment is hereby entered against Defendants MEAN ERECTORS, INC. and TODD D. CULVER in the amount of $80,431.07, allocated as follows:

    A)    $78,580.27 representing fringe benefit contributions for the months of November, 2014, December, 2014, January, 2015 and February, 2015 based on items submitted by Defendants;

    B)    Late payment liquidated damages in the amount of $97.44;

    C)    Interest on the unpaid contributions in the amount of $209.93 pursuant to 29 USC §1132(g)(2)(B);

D) Interest on the unpaid contributions in the amount of $209.93 pursuant to 29 USC §1132(g)(2)(C)(i); and

E) Attorney fees and costs in the amount of $1,333.50, for the period through January, 2015.

**IT IS FURTHER ORDERED** that MEAN ERECTORS, INC. open its books and records in order for Plaintiffs to conduct a complete audit to determine the amount of due and owing Plaintiff Funds in unpaid contributions.

**IT IS FURTHER ORDERED** that Plaintiffs may submit a Motion for Amended Judgment against MEAN ERECTORS, INC. and TODD D. CULVER to include an amount determined due pursuant to the audit as set forth above, as well as liquidated damages thereon, including accumulated interest, actual attorney fees, court costs, audit and other collection costs pursuant to 29 USC §1132(g)(2) and the Collective Bargaining Agreement, and any other amounts that become due during the pendency of this matter.

**IT IS FURTHER ORDERED** that Defendant is enjoined from any further breach of the Collective Bargaining Agreement as same relates in any way to the payment of contributions to Plaintiffs; and

**IT IS FURTHER ORDERED** that jurisdiction of this matter be retained pending compliance with the Court's orders.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 5, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 5, 2015, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (313) 234-5113