UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE IRON WORKERS' LOCAL
NO. 25 PENSION FUND; IRON WORKERS'
HEALTH FUND OF EASTERN MICHIGAN;
IRON WORKERS' LOCAL NO. 25 VACATION
PAY FUND; IRON WORKERS' DEFINED
CONTRIBUTION PENSION FUND; and IRON
WORKERS' APPRENTICESHIP FUND OF
EASTERN MICHIGAN, Trust Funds Established
and Administered Pursuant to Federal Law,

  Plaintiffs,

v.

MEAN ERECTORS, INC., a Michigan
Corporation; and TODD D. CULVER,
Individually,

  Defendants.
_____/

Case No.: 2:14-cv-14896
Hon. Matthew F. Leitman

**ORDER OF RENEWED JUDGMENT AGAINST DEFENDANTS
MEAN ERECTORS, INC. AND TODD D. CULVER**

This matter having come before the Court upon Plaintiffs' Ex-Parte Motion to Renew Judgment against Defendants Mean Erectors, Inc. and Todd D. Culver, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Amended Default Judgment entered on October 8, 2015, is hereby renewed and entered against Defendants Mean

1

Erectors, Inc. and Todd D. Culver for the remaining balance on the Judgment in the amount of $12,521.01 plus Judgment interest.

**IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated:  September 25, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 25, 2025, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126